IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Phillips Jr, Frank

Printed: 4/1/08

Case Number: 04 B 41416
Judge: Wedoff, Eugene R
Filed: 11/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  March 27, 2008
Confirmed: January 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,800.00 |  |
| Secured: |  | 12,388.09 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,594.00 |
| Trustee Fee: |  | 817.91 |
| Other Funds: |  | 0.00 |
| Totals: | 15,800.00 | 15,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,594.00 | 2,594.00 |
| 2. | Chase Manhattan | Secured | 0.00 | 0.00 |
| 3. | Honda Finance Services | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 2,259.34 | 1,629.19 |
| 5. | Onyx Acceptance Corp | Secured | 13,385.59 | 9,652.89 |
| 6. | Chase Manhattan | Secured | 4,553.86 | 1,106.01 |
| 7. | Honda Finance Services | Unsecured | 374.48 | 0.00 |
| 8. | Onyx Acceptance Corp | Unsecured | 366.14 | 0.00 |
| 9. | American General Finance | Unsecured | 71.77 | 0.00 |
| 10. | St Mary Health System | Unsecured | 144.76 | 0.00 |
| 11. | Family Mobile Medical Services | Unsecured |  | No Claim Filed |
| 12. | Munster Radiology Group | Unsecured |  | No Claim Filed |
| 13. | First Emergency Medical | Unsecured |  | No Claim Filed |
| 14. | Midwest Physician Group | Unsecured |  | No Claim Filed |
| 15. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 16. | Dr John Hohner | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 23,749.94 | $ 14,982.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 226.21 |
| 4% | 72.79 |
| 3% | 42.43 |
| 5.5% | 215.90 |
| 5% | 64.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Phillips Jr, Frank | Case Number: 04 B 41416 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 4/1/08 | Filed: 11/8/04 |

```
            4.8%              103.20
            5.4%               92.88
                            _____
                            $ 817.91
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____